**Order entered October 28, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00408-CV

**RICKEY LYONS, Appellant**

**V.**

**POLYMATHIC PROPERTIES, INC., Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-15-00016-B**

## ORDER

We **GRANT** appellant's October 23, 2015 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellant on October 23, 2015 filed as of the date of this order.

We **DENY** appellee's October 23, 2015 motion to dismiss the appeal.

Appellee's brief is due **WITHIN THIRTY DAYS** of the date of this order.

/s/     ELIZABETH LANG-MIERS
        JUSTICE